UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO: _____

EDWARD DAVIS,

       Plaintiff,

vs.

BMO HARRIS BANK, N.A.,

       Defendant.

_____/

## <u>NOTICE OF REMOVAL BY DEFENDANT, BMO HARRIS BANK, N.A.</u>

Defendant, BMO HARRIS BANK, N.A. ("Defendant"), by and through its undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, hereby removes this action currently pending in the Circuit Court of the Twelfth Judicial Circuit in and for Sarasota County, Florida, to the United States District Court for the Middle District of Florida. The removal of this action is based upon the following:

1. On or about February 28, 2018, Plaintiff filed his Complaint in the Circuit Court of the Twelfth Judicial Circuit, in and for Sarasota County, Florida, entitled <u>Edward Davis v. BMO Harris Bank, N.A.</u>, Case No. 2018-CA-001099-NC (hereinafter referred to as the "State Action"). On or about March 23, 2018, a copy of the State Action was served on Defendant. This constituted the first legal notice of the State Action for purposes of removal.

2. True and correct copies of all documents that were filed in the State Action are attached hereto as **Composite Exhibit "1,"** and are incorporated herein by reference pursuant to Rule 10(c), Federal Rules of Civil Procedure. No other process, pleadings, or

orders have been served upon Defendant in the State Action.

3.     The Complaint seeks damages pursuant to alleged violations of the Americans with Disabilities Act (the "ADA"), based upon allegations of race, age, and disability discrimination.  *See* (Compl. ¶¶ 17-21.)  Plaintiff likewise has appended a claim under California's Unruh Civil Rights Act, California Civil Code § 51, *et seq.*  (*Id.* at ¶¶ 22-29.)

4.     Under federal question jurisdiction, the United States district courts "have original jurisdiction over all civil actions arising under federal law."  *See* 28 U.S.C. § 1331. Any civil case filed in a state court may be removed by a defendant to federal court if the case originally could have been brought in federal court.  *See Ayers v. Gen. Motors Corp.*, 234 F.3d 514, 517 (11th Cir. 2000); *Tapscott v. MS Dealer Serv. Corp.*, 77 F.3d 1353, 1356 (11th Cir. 1996).

5.     This is a civil action over which the United States District Courts have original jurisdiction pursuant to 28 U.S.C. § 1331, because this action arises, in part, under the Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §12101, *et seq*. Specifically, Plaintiff has raised a claim under Title III of the Americans with Disabilities Act, § 42 U.S.C. § 12101, *et seq.* (2012), which provides this Court with federal question jurisdiction.

6.     Furthermore, where a removable claim or cause of action is joined with one or more otherwise non-removable claims for causes of action, "the entire case may be removed and the district court may determine all issues therein."  28 U.S.C. § 1441(c).  Plaintiff's Complaint also includes claims under the California's Unruh Civil Rights Act, California Civil Code § 51, *et seq.*  (Compl. at ¶¶ 22-29.).   As such, this Court may exercise

44866299;1

supplemental jurisdiction over Plaintiff's pendent state law claims as they arise out of the same facts and circumstances as Plaintiff's federal claims.   *See* 28 U.S.C. § 1367. Accordingly, this action is removable in its entirety to this Court pursuant to the provisions of 28 U.S.C. § 1441.

7.     This Notice of Removal has been timely filed within thirty (30) days after receipt by Defendant of the initial pleading setting forth the claims for relief upon which removal is based.  *See* 28 U.S.C. § 1446(b).  Defendant has, simultaneously with the filing of this Notice, given written notice of the filing of this Notice to Plaintiff as required by 28 U.S.C. § 1446(d).  A copy of this Notice simultaneously has been filed with the Clerk of the Circuit Court in and for Sarasota County, Florida, as required by 28 U.S.C. § 1446(d).

8.     Venue is proper in the Middle District of Florida in that the State Action is pending within the jurisdictional confines of this District.

**WHEREFORE**, Defendant hereby removes this case to the United States District Court for the Middle District of Florida.

Dated:  April 11, 2018                                        Respectfully submitted,

<div style="margin-left: 40%;">

By:/s/ *Arlene K. Kline*
ARLENE K. KLINE, ESQ.
Florida Bar No.: 104957
arlene.kline@akerman.com
SHAYLA N. WALDON, ESQ.
Florida Bar No.: 105626
shayla.waldon@akerman.com
**AKERMAN LLP**
777 South Flagler Drive
Suite 1100 Tower
West Palm Beach, FL 33401
Main: (561) 653-5000
Fax: (561) 659-6313
*Attorneys for Defendant BMO Harris Bank, N.A.*

</div>

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 11, 2018, foregoing document is being served on all counsel of record or *pro se* parties identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Arlene K. Kline*
ARLENE K. KLINE, ESQ.
Florida Bar No.: 104957

**SERVICE LIST**

Benjamin H. Brodsky
Email: bbrodsky@bfwlegal.com; docketing@bfwlegal.com
BRODSKY FOTIU-WOJTOWICZ, PLLC
169 East Flagler Street, Suite 1224
Miami, Florida 33131
Phone: 305-503-5054
Fax: 305-677-5089
*Attorneys for Plaintiff, Edward Davis*
*Service Via Email*